AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>The Premises located at 2335 73rd Avenue, Phoenix, Arizona 85035 and any and all attached and/or unattached structures and vehicles found on the premises with a nexus to the property. | Case No.   24-9050 MB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before  2/19/2024   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for  30  days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  2/5/2024 @ 3:46pm         *(signed)* EWillett
                                                  Judge's signature

City and state: Phoenix, Arizona          Honorable Eileen S. Willett, U.S. Magistrate Judge
                                          *Printed name and title*

# ATTACHMENT A

*Property to be searched*

The entire property and curtilage located at 2335 73rd Avenue, Phoenix, Arizona 85035 (hereinafter the "Target Premises") further described as a two-story home and any vehicle found on the premises with a nexus to the property. The property is brown/ tan in color with white trim and blue shutters by the windows, clay-covered roof tiles. The house numbers of 2335 are posted by the door. There is a white metal security door on the door on the west side of the building and there is a security camera above the garage, two on the northwest corner of the residence, and one on southwest corner of the residence.



## ATTACHMENT B

*Property to be seized*

1. Books, records, receipts, notes, ledgers, and other papers relating to the transportation, concealment, or harboring of smuggled aliens or involved with the proceeds of such activities.

2. Immigration and identification documents from the United States or any foreign government.

3. Books, records, invoices, receipts, records of real estate transactions, bank statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts, and cashier's checks, bank checks, safe deposit box keys, money wrappers, and other items evidencing the obtaining, secreting, transfer, and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money.

4. United States currency, precious metals, jewelry, and financial instruments, including, but not limited to stocks and bonds in amounts indicative of the proceeds of the transportation, concealment, or harboring of smuggled aliens or involved with the proceeds of such activities.

5. Photographs, including still photos, negatives, video tapes, films, undeveloped film and the contents therein, and slides; in particular, photographs of co-conspirators, of assets and/or illegal aliens.

6. Address and/or telephone books, rolodex indices and papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers and/or telex numbers of co-conspirators, points of departure and arrival for illegal aliens, financial institutions, and other individuals or businesses with whom a financial relationship exists.

7. Indicia of occupancy, residency, rental and/or ownership of the premises described in Attachment A, including, but not limited to, utility and telephone bills, cancelled envelopes, rental, purchase or lease agreements, and keys.

8. Pagers, mobile phones, and the contents of their memory, including, but not limited to, contact lists, call logs, email and text messages, including any messages received while in the possession of this warrant, information from social media applications, photographs and videos, internet-browsing history and geo-location (GPS) coordinates; electronic telephone books and the contents of their memory.

9. All types of safes, including but not limited to, wall safes, floor safes, free-standing safes, locked strong boxes, and locked containers.

10. Financial records that are evidence of payments made to alien smugglers or received from smuggled aliens and their sponsors.

11. Household and personal items that are evidence of the use of the residence, including but not limited to clothing, trash, foodstuffs, and bedding